# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: | : Case No. **09-06531** |
| | : Chapter 13 |
| Parris, Jeffery | : |
| SSN: 4526 | |
| | |
| Parris, Sandra | |
| SSN: 4550 | : |
| | : |
| | : |
| Debtor(s). | : |

## NOTICE OF MOTION AND OPPORUNITY FOR HEARING

TAKE NOTICE that the above named debtor(s) filed Motion for Moratorium.

A copy of the Motion for Moratorium accompanies this notice.

TAKE FURTHER NOTICE that any response, return and/or objection to the motion, should be filed with the Clerk of the Bankruptcy Court no later than **21 days from the date of service of the Motion** and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on the motion unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on October 21, 2010 at         9:30        a.m., at **Donald Stuart Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC  29306.**

Dated the 28th day of July, 2010

Respectfully submitted,

/s/ David C. Alford
David C. Alford
Fed ID 6630
P.O. Box 6326
Spartanburg, SC 29304
(864)574-0870
Attorney for Debtor

File Objection with:
U. S. Bankruptcy Court
1101 Laurel St.
Columbia, SC 29202

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | : | Case No. **09-06531** |
| | : | Chapter 13 |
| Parris, Jeffery<br>SSN: 4526 | : | |
| Parris, Sandra<br>SSN: 4550 | : | |
| | : | |
| | : | |
| Debtor(s). | : | |

    Jeffery and Sandra Parris, the above-captioned Debtors, hereby moves before the Court for a Moratorium for payments to the Trustee for a period of three months, being August, September, and October 2010.  The grounds for this application is that the Debtor, Sandra Parris, is receiving unemployment compensation.  She has recently had to file an extension.  Her extension has been granted but she has not received any funds yet.  Also, she is unsure of the amount that she will be receiving due to unemployment compensation cut backs.

                                            /s/ David C. Alford
                                            David C. Alford
                                            Fed ID 6630
                                            P.O. Box 6326
                                            Spartanburg, SC 29304
                                            (864)574-0870

July 28, 2010
Spartanburg, SC

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| In Re: | : | Case No. **09-06531** |
| | : | Chapter 13 |
| Parris, Jeffery<br>SSN: 4526 | : | |
| Parris, Sandra<br>SSN: 4550 | : | |
| | : | |
| | : | |
| _____Debtor(s)._____ | : | |

    PERSONALLY appeared before me Angie Alford, who being duly sworn, deposes and says that she mailed a copy of the NOTICE and APPLICATION FOR MORATORIUM in connection with the above-captioned matter to the list of creditors on creditor matrix by depositing same in the Post Office, postage prepaid at Spartanburg, South Carolina, where there is regular communication by mail on the 28th day of July 2010.

                                        /s/ Angie Alford
                                        Angie Alford, Paralegal
                                        David C. Alford, Esquire

Sworn to before me
This 28th day of July 2010

/s/ Marilyn Hall
Notary Public for S.C.
My commission expires: December 10, 2011