# U.S. BANKRUPTCY COURT
# District of South Carolina

Case Number: 09-06531-hb

## ORDER

The relief set forth on the following pages for a total of two (2) pages, including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**08/24/2010**



US Bankruptcy Judge
District of South Carolina

Entered: 08/25/2010

United States Bankruptcy Court
District of South Carolina

IN RE:

JEFFERY KEITH PARRIS
SANDRA YVONNE PARRIS
114 POST OAK RD.
DUNCAN, SC  29334

DEBTOR(S)

CASE NO.: 09-06531-hb
CHAPTER 13

ORDER

This matter is before the Court on the debtor's request for a Moratorium.  Following consideration of this matter,

IT IS ORDERED that the Moratorium requested is allowed.  However, should the debtor(s) fail to make the regular payment due October 03, 2010, this case may be dismissed without further notice or hearing upon the request of the Trustee.

IT IS SO ORDERED.

Attorney for Debtor(s):

David C. Alford, Esq.
PO Box 6326
Spartanburg, SC  29304-6326