United States Bankruptcy Court
District of South Carolina

IN RE:

JEFFERY KEITH PARRIS
SANDRA YVONNE PARRIS
114 POST OAK RD.
DUNCAN, SC  29334

DEBTOR(S)

CASE NO.: 09-06531-hb
CHAPTER 13

## MOTION TO DISMISS CASE

Pursuant to this Court's Order filed on August 24, 2010, I hereby move for the dismissal of the above-entitled case on the grounds that the Debtor(s) has/have failed to comply with the terms of the said Order as the debtor(s) failed to resume Chapter 13 Plan payments after the moratorium.

Dated: 10/25/2010

Gretchen D. Holland, Trustee
Christine Dunagin Loftis, Staff Attorney, FedID #7890
Office of the Chapter 13 Trustee

cc: Attorney for the Debtor(s)

David C. Alford, Esq.
PO Box 6326
Spartanburg, SC  29304-6326